UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS JACOBS | Hon. Douglas E. Arpert<br><br>Mag. No. 12-2586 (DEA)<br><br>**ORDER FOR CONTINUANCE** |

RECEIVED SEP 0 6 2013 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Nelson S.T. Thayer, Jr., Assistant U.S. Attorney, appearing), and defendant Dennis Jacobs (David E. Schafer, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for an additional period of 30 days to allow the defendant to enter a guilty plea, the parties having sought four prior 60-day continuances, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's initial appearance on the complaint, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have entered into a signed plea agreement, and a change of plea hearing has been scheduled before the Hon. Joel A. Pisano, U.S.D.J., for September 12, 2013, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The current Order for Continuance expires on September 4, 2013; and

1

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 6th day of September 2013,

ORDERED that this action be, and hereby is, continued for a period of 30 days from September 5, 2013, to October 4, 2013; and it is further

ORDERED that the period from September 5, 2013, through October 4, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

_____
NELSON S.T. THAYER, JR.
Assistant U.S. Attorney

_____
DAVID E. SCHAFER
Counsel for defendant Dennis Jacobs